```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Eric Munger, et al.,           :

      Plaintiffs,           :

  v.                          :         Case No. 2:15-cv-3094

                             :         JUDGE ALGENON L. MARBLEY
Proflow LLC,                             Magistrate Judge Kemp

      Defendant.            :

## ORDER

    The parties have filed a joint motion for leave to file under seal their joint motion for approval of confidential settlement and stipulation of dismissal.  The motion explains that it is in the interest of both parties that the settlement and the amounts paid to the private citizen class members remain confidential and that no strong public interest in obtaining the amounts paid exists.  The motion sets forth good cause and the motion (Doc. 37) is therefore granted.

                                       /s/ Terence P. Kemp
                                       United States Magistrate Judge